UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Catherine M. Pierce and
Cindy Storlie, legal and natural
guardian to minor, A.L.S.,

Plaintiffs,

v.

Rainbow Foods Group, Inc.,
d/b/a Rainbow Foods, and
John Albert Martinson,

Defendants.

Court File No. 00-1817

**STIPULATION TO AMEND COMPLAINT**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action may be, and is hereby, amended to reflect the correct the name of the corporate defendant. A copy of the Second Amended Complaint is attached to this Stipulation. Defendant's Answer to Plaintiffs' First Amended Complaint will be considered the Answer to this Second Amended Complaint and Defendant will not be required to file an additional Answer.

Date: 9-12-00

NICHOLS KASTER & ANDERSON

Donald H. Nichols, #78918
Paul J. Lukas, #22084X
4644 IDS Center
80 South 8th Street
Minneapolis MN 55402
(612) 338-1919

Attorneys for Plaintiff

Date: 9/12/00

RIDER BENNETT EGAN & ARUNDEL

John D. Thompson, #178676
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

Attorneys for Defendant Rainbow Foods Group, Inc.

FILED SEP 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Plaintiffs may serve and file their Second Amended Complaint.

Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE