UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catherine M. Pierce and
Cindy Storlie, legal and natural
guardian to minor, A.L.S.,

Plaintiffs,

v.

Rainbow Foods Group, Inc.
and John Albert Martinson,

Defendants.

Civil 00-1817 DDA/FLN

ORDER

The above entitled matter came on for hearing upon plaintiffs' motion to compel. Based upon the memoranda, exhibits, and all the files and proceedings herein,

IT IS HEREBY ORDERED that plaintiffs' motion to compel is GRANTED. Defendant Rainbow Foods shall produce an unredacted copy of the list identified in plaintiffs' motion papers as Exhibit B subject to a protective order, the terms of which shall be negotiated by the parties. If the parties are unable to agree upon the terms of a protective order, they shall submit to the Court on or before March 1, 2001, their respective proposals. The Court will choose one or the other to be the Court's protective order. The information ordered herein to be produced shall be provided within three (3) days after entering of the protective order.

DATED: February 23, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FEB 26 2001
ROSAL, CLERK