UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catherine M. Pierce,
Cindy Storlie,

Plaintiffs,

v.

John Albert Martinson and
Rainbow Foods,

Defendants.

00cv1817 (DDA/FLN)

**ORDER**

---

The above case is on the Court's Civil Trial Calendar commencing Monday, October 15, 2001 in St. Paul, Minnesota.

The following pretrial schedule shall be adhered to:

1. All pretrial submissions required by Local Rule 39.1 shall be submitted with an original and two (2) copies by **Thursday, September 27, 2001.**

2. All motions in limine shall be submitted to the Court by **Thursday, September 27, 2001**. The response to the motions in limine shall be submitted to the Court by **Thursday, October 4, 2001.**

A pretrial conference will be held on **Thursday, October 11, 2001 at 11:30 a.m.**, in Courtroom 3, 7th Floor, in St. Paul. Parties shall bring all trial exhibits to the pretrial conference.

This Order supersedes any deadline dates imposed by Local Rule 39.1.

DATED: September 11, 2001.

DONALD D. ALSOP, Senior Judge
United States District Court

FILED SEP 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____