UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catherine M. Pierce and Cindy Storlie,

Plaintiffs,

v.

John Albert Martinson and
Rainbow Foods,

Defendants.

Civil No. 00-1817 DDA/FLN

ORDER

---

DONALD H. NICHOLS, Esq. and PAUL J. LUKAS, Esq., NICHOLS, KASTER & ANDERSON, for plaintiffs.

WILLIAM J. EGAN, Esq., EGAN & ASSOCIATES, defendant John Martinson; JOHN D. THOMPSON, Esq., RIDER, BENNETT, EGAN & ARUNDEL, for defendant Rainbow Foods.

---

The above-referenced case is assigned to Judge Alsop for trial. A settlement conference was held on September 28, 2001, at 2:00 p.m. Regarding who must attend the Conference, the Notice of Settlement Conference expressly provided:

> "If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to settle the case upon the opposing party's last stated settlement terms. If the party representative has a lesser limit, or "cap" on his or her authority, this requirement is not satisfied"

By agreement of the parties and with the advance approval of the Court, Defendant John Martinson was excused from attending the settlement conference. It became apparent at the Settlement Conference that defendant Rainbow Foods had appeared at the Conference through a person who, in express violation of the Court's Notice, had a "cap" on her settlement authority.

FILED OCT 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court was informed at the Conference that a Mr. Liska had imposed the cap on the Rainbow Food party representative, and that she did not have the requisite power to settle the case upon the opposing party's last stated settlement terms. As a consequence of this failure to attend through a person with the power to settle, defendant shall reimburse the plaintiff whatever costs and attorney fees they incurred by attending the September 28 conference. Plaintiff's counsel are hereby ordered to submit forthwith an affidavit setting forth the costs and fees incurred in attending the September 28 Settlement Conference.

The Settlement Conference was adjourned and will be rescheduled for Wednesday, October 10,2001 at 2:00PM. Mr. Liska shall be present, together with counsel who will actually try the case. Plaintiffs shall likewise be present with their counsel who will actually try the case.

Sanctions may be imposed for failure to comply with any of the other foregoing instructions.

DATED: September 28, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge