UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catherine M. Pierce and
Cindy Storlie, legal and natural
guardian to minor, A.L.S.,

Plaintiffs,

v.

Rainbow Foods Group, Inc.
and John Albert Martinson,

Defendants.

Civil 00-1817 DDA/FLN

ORDER

---

As a consequence of its failure to attend the September 28, 2001, settlement conference through a person with the power to settle, defendant was ordered to reimburse the plaintiffs whatever costs and attorney fees they incurred by attending the conference. Plaintiffs' counsel was ordered to submit an affidavit setting forth the costs and fees incurred in attending the September 28 settlement conference. The Court is now in receipt of plaintiffs' counsel's affidavit. Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that defendant reimburse the plaintiffs the sum of $1,150.00.

DATED: October 17, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

OCT 17 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK