UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Catherine M. Pierce and Cindy Storlie, legal and natural guardian to minor, A.L.S.,

Plaintiffs,

vs.

Rainbow Foods Group, Inc., a Nevada corporation, d/b/a Rainbow Foods and John Albert Martinson,

Defendants.

Court File No. CV-1817 (DDA/FLN)

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that defendant Rainbow Foods Group, Inc.'s request to obtain the following information pertaining the jury which presided in the above-entitled matter is GRANTED in its entirety. The Court shall provided the following information to defendant Rainbow Foods Groups, Inc. counsel: the full name, address, and home telephone number for each juror.

DATED: October 31, 2001

The Honorable Donald D. Alsop
United States District Judge

OCT 31 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK