# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Aimee L. Storlie

v.

Rainbow Foods Group, Inc.
d/b/a Rainbow Foods and
John Albert Martinson,

Case No. Civil 00-1817 DDA/FLN

**JUDGMENT IN A CIVIL CASE**

---

( x ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(  ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The plaintiff Aimee L. Storlie recover of defendant John Albert Martinson the sum of Three Thousand Dollars ($3,000.00) as and for compensatory damages.

The plaintiff Aimee L. Storlie recover of the defendant Rainbow Foods Group, Inc., d/b/a Rainbow Foods the sum of Twelve Thousand Dollars ($12,000.00) as and for compensatory damages.

The plaintiff Aimee L. Storlie recover of the defendant Rainbow Foods Group, Inc., d/b/a Rainbow Foods the sum of Sixty Thousand Dollars ($60,000.00) as and for punitive damages.

DATE: November 7, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

(109)